```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:03cr00234-MHT |
| ) | |
| KHALID MOHAMMED ) | |

## O R D E R

Upon consideration of the Motion to Strike (Doc. No. 3) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that Forfeiture Allegations 1 and 2 are hereby stricken.

DONE this 19th day of June, 2006.

```
              /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE
```