IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:03cr234-MHT
                             )            (WO)
KHALID MOHAMMED              )
```

ORDER

Upon consideration of the government's notice of dismissal of the indictment (Doc. 5), which the court construes as a motion for leave to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48), it is ORDERED that:

(1) The government's motion for leave to dismiss the indictment (Doc. 5) is granted.

(2) The indictment is dismissed with prejudice.

DONE, this the 21st day of April, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE